# No. 25-231

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

DIANA MEY

*Plaintiff/Respondent,*

vs.

LIBERTY HOME GUARD, LLC and BENJAMIN JOSEPH

*Defendants/Petitioners.*

**DEFENDANTS LIBERTY HOME GUARD, LLC AND
BENJAMIN JOSEPH'S REPLY IN SUPPORT OF
MOTION FOR LEAVE TO FILE REPLY**

*On Appeal from the Order Granting Class Certification,
Entered December 3, 2025, by the United States District Court
for the Northern District of West Virginia, Civil Action No. 5:23-cv-281*

William J. O'Brien, Esquire
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, West Virginia 26330
304-933-8000 / 304-933-8183 (Facsimile)
william.obrien@steptoe-johnson.com

Shaina L. Richardson, Esquire
STEPTOE & JOHNSON PLLC
1000 Swiss Pine Way, Suite 200
PO Box 1616
Morgantown, West Virginia 26507
304-598-8000 / 304-598-8116 (Facsimile)
shaina.richardson@steptoe-johnson.com

Ryan D. Watstein
ryan@wtlaw.com
Trishanda L. Treadwell
ttreadwell@wtlaw.com
WATSTEIN TEREPKA LLP
75 14th St NE, Suite 2600
Atlanta, Georgia 30309
(404) 905-6400

*Counsel for Petitioners-Defendants*

Plaintiff opposes Defendants' Motion for Leave to File Reply because it further establishes that Rule 23(f) review is necessary to prevent a manifestly erroneous copy-and-paste certification order from bankrupting a small company and its founder. Plaintiff's 8-page opposition underscores why the Reply is appropriate.

As a threshold matter, Plaintiff misstates Fourth Circuit practice by suggesting that replies in Rule 23(f) proceedings are extraordinary or disfavored. They are not. Replies are routinely permitted where, as here, a response disputes record facts and reframes governing law in ways that bear directly on whether interlocutory review is warranted. *See, e.g.*, Order, *Oliver v. Navy Fed. Credit Union*, No. 24-188 (4th Cir. July 17, 2024), Dkt. 27; Order, *In re Marriott Int'l Customer Data Sec. Breach Litig.*, Nos. 23-299, 23-302 (4th Cir. Jan. 18, 2024), Dkt. 29; Order, *In re Marriott Int'l Customer Data Sec. Breach Litig.*, No. 22-181 (4th Cir. June 23, 2022), Dkt. 22; Order, *State Farm Life Ins. Co. v. Millwood*, No. 22-286 (4th Cir. Dec. 21, 2022), Dkt. 23. Plaintiff cites no authority to the contrary.

More importantly, Plaintiff's opposition confirms the need for a reply by repeating some of the same mischaracterizations that prompted Defendants to seek leave in the first instance, and that the proposed Reply addresses. For example, the proposed Reply explains that the district court did not satisfy its obligation to conduct a "rigorous analysis" by copying and pasting Plaintiff's speculation and ignoring Defendants' significant evidence. Proposed Reply, DE 22, at 1–4. It

1

explains that *Krakauer* rejected precisely this kind of speculation in favor of objective, contemporaneous records, and that Plaintiff's attempt to invoke *Krakauer* while disregarding Defendants' sworn evidence inverts the decision's holding. *Id.* at 7–8. It explains that Plaintiff's focus on "webform screenshots" is a straw man. *Id.* at 6 n.4. And it explains that the district court magnified its substantial errors by issuing a summary-judgment ruling—again copied verbatim from Plaintiff's briefing—before class notice or opt-out, magnifying the "death knell" pressure that already existed when Defendants filed their petition. *Id.* at 9–11.

Rule 23(f) does not permit a party to insulate a certification order from appellate review through misdirection. The Court should grant Defendants leave to file their Reply.

[*signatures on following page*]

Submitted this 26th day of January, 2026, by:

Counsel for Defendant-Petitioners

*/s/ William J. O'Brien*
William J. O'Brien, Esquire
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, West Virginia 26330
304-933-8000 / 304-933-8183 (Facsimile)
william.obrien@steptoe-johnson.com


Shaina L. Richardson, Esquire
STEPTOE & JOHNSON PLLC
1000 Swiss Pine Way, Suite 200
PO Box 1616
Morgantown, West Virginia 26507
304-598-8000 / 304-598-8116 (Facsimile)
shaina.richardson@steptoe-johnson.com

*/s/ Ryan D. Watstein*
Ryan D. Watstein
ryan@wtlaw.com
Trishanda L. Treadwell
ttreadwell@wtlaw.com
WATSTEIN TEREPKA LLP
75 14th St NE, Suite 2600
Atlanta, Georgia 30309
(404) 905-6400

# CERTIFICATE OF COMPLIANCE

This reply complies with the type-volume limitations of Fed. Rule App. P. 27(d)(2)(C) because this reply contains 370 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

Dated: January 26, 2026                    */s/ Ryan D. Watstein*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 26, 2026, I electronically filed the foregoing motion with the Clerk of the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system. I certify that all parties to this case are registered CM/ECF users and that service to those parties will be accomplished by the CM/ECF system.

Dated: January 26, 2026                             */s/ Ryan D. Watstein*