FILED: January 27, 2026

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-231

(5:23-cv-00281-JPB-JPM)

_____

LIBERTY HOME GUARD, LLC; BENJAMIN JOSEPH

      Petitioners

v.

DIANA MEY

      Respondent

_____

O R D E R

_____

Upon consideration of submissions relative to the petition for permission to appeal, the court grants the petition. This case is transferred to the regular docket and assigned docket number 26-1096. The record shall be retained in the court below unless requested by this court.

The court grants the motion for leave to file reply in support of Rule 23(f) petition and accepts the reply for filing.

A copy of this order shall be sent to the clerk of the district court.

For the Court

/s/ Nwamaka Anowi, Clerk